FILED

**NOT FOR PUBLICATION**

DEC 29 2009

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| CYRIL KOLOCOTRONIS, | No. 07-35825 |
| Plaintiff - Appellant, | D.C. No. CV-07-00074-DWM/JCL |
| v. | |
| BENEFIS HEALTHCARE; et al., | MEMORANDUM [*] |
| Defendants - Appellees. | |

Appeal from the United States District Court
for the District of Montana
Donald W. Molloy, District Judge, Presiding

Submitted December 15, 2009[**]

Before: GOODWIN, WALLACE, and CLIFTON, Circuit Judges.

Cyril Kolocotronis appeals pro se from the district court's judgment

dismissing his action pursuant to 28 U.S.C. § 1915(e) as barred by the doctrine of

---

[*] This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36-3.

[**] The panel unanimously concludes this case is suitable for decision without oral argument. See Fed. R. App. P. 34(a)(2).

JS/Research

res judicata.[1]  We have jurisdiction under 28 U.S.C. § 1291.  We review de novo,

*Mpoyo v. Litton Electro-Optical Sys.*, 430 F.3d 985, 987 (9th Cir. 2005), and we

affirm.

The district court properly dismissed the action because Kolocotronis raised

the same claims against defendants and their privies in a prior federal action that

was dismissed as frivolous under section 1915.  *See Denton v. Hernandez*, 504

U.S. 25, 34 (1992) (explaining that the dismissal of an in forma pauperis complaint

as frivolous under section 1915 may have a res judicata effect on frivolousness

determinations for future in forma pauperis proceedings); *see also Mpoyo*, 430

F.3d at 987 (listing elements of res judicata).

**AFFIRMED.**

---

[1]  The district court certified that Kolocotronis's appeal was not taken in good faith, thus revoking Kolocotronis's in forma pauperis status.  *See* 28 U.S.C. § 1915(a).  We grant in forma pauperis status.